THE LAW OFFICE OF KEVIN M. WELCH
Kevin M. Welch, (SBN 254565)
*Kevin@kmwlawoffice.com*
P.O. Box 494
Hermosa Beach, CA 90245
Tel.: (310) 929-0553
Fax: (310) 698-1626

Attorney for the Plaintiffs,
Pacific Coast Cheer, Inc., *et al.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC COAST CHEER, INC., a California corporation, JEFFERY DOHRMAN, an individual and resident of the State of California,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>SC CHEER COMPANY, LLC, a California limited liability company, NIKKI LITTLE-ALCAZAR, an individual and resident of the State of California, JORDAN ALCAZAR, an individual and resident of the State of California, and DOES 1 through 10, inclusive,<br>　　　　Defendants,<br><br>SC CHEER COMPANY, LLC, a California limited liability company, NIKKI LITTLE-ALCAZAR, an individual and resident of the State of California, JORDAN ALCAZAR, an individual and resident of the State of California, and DOES 1 through 10, inclusive,<br>　　　　Counter-Plaintiffs,<br>　　v.<br>PACIFIC COAST CHEER, INC., a California corporation, JEFFERY DOHRMAN, an individual and resident of the State of California,<br>　　　　Counter-Defendants. | Case No.: 8:21-cv-01457-DOC-ADS<br><br>**NOTICE OF SETTLEMENT**<br><br>**Judge: Hon. David O. Carter** |

**TO THE COURT AND ALL PARTIES:**

The above captioned case has been settled in full so all pending hearing dates can be vacated from the Court's calendar. The parties are currently working on drafting a settlement agreement and release scheduled to be completed no later than 45 days from today May 31, 2022, and upon finalization of this document, the parties will prepare a Stipulation of Dismissal.

Respectfully submitted,

Dated: May 31, 2022

The Law Office OF Kevin M. Welch

By: _____
Kevin M. Welch, Esq. (SBN 254565)
Email:Kevin@kmwlawoffice.com
Attorney for Plaintiffs
Pacific Coast Cheer, Inc. *et al.*

**LAGERLOF, LLP**

Dated: May 31, 2022

By; *David Yoshida*
David Y. Yoshida, Esq. Email:
dyoshida@lagerlof.com
Attorneys for Defendants,
SC Cheer Company, LLC *et al.*

**NOTICE OF SETTLEMENT**